IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| BINH CAM TRAN | : | NO. 06-536 |

## ORDER

**AND NOW**, this 2nd day of March, 2010, upon consideration of Defendant's Motion for Reconsideration (Docket No. 92), and Defendant's Motion for Assignment of Counsel for Appeal (Docket No. 97), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Reconsideration is **DENIED**.

2. Defendant's Motion for Assignment of Counsel for Appeal is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.